NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANTONIO PAREDES,**

*Claimant-Appellant*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee*

---

2015-7026

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-2017, Judge Lawrence B. Hagel.

---

**JUDGMENT**

---

MATTHEW J. ILACQUA, Chisholm Chisholm & Kilpatrick, Providence, RI, argued for claimant-appellant. Also represented by ZACHARY STOLZ, ROBERT VINCENT CHISHOLM; BARBARA J. COOK, Cincinnati, OH; CHRISTOPHER J. CLAY, Disabled American Veterans, Cold Spring, KY.

EMMA BOND, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington,

DC, argued for respondent-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., SCOTT D. AUSTIN, K. ELIZABETH WITWER; Y. KEN LEE, MEGHAN ALPHONSO, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

--------------------

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 January 8, 2016        /s/ Daniel E. O'Toole
     Date            Daniel E. O'Toole
                      Clerk of Court